PROB 12B
(7/93)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is Attached)*

Name of Offender: Cedric Jones      Case Number: 2:03CR00019-002

Name of Sentencing Judicial Officer: T. John Ward, U.S. District Judge

Date of Original Sentence: July 7, 2004

Original Offense:      Possession With Intent to Distribution and Distribution of Cocaine Base

Original Sentence:      72 Months Imprisonment followed by a 4-Year Term of Supervised Release

Type of Supervision: Supervised Release      Date Supervision Commenced: March 10, 2008

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

**The offender shall reside in and participate in the community corrections component of a Community Corrections Center or Community Sanction Center, as instructed, for a period of up to 180 days from admission. The offender shall abide by all the rules and regulations of the center and will be required to pay subsistence to the Community Corrections Center or Community Sanction Center, participate in substance abuse counseling and random drug testing.**

## CAUSE

As the Court may recall, on May 20, 2009, this office notified the Court that Mr. Jones had been arrested by the Texas Department of Public Safety for DWI-1st (Class B Misdemeanor) and that Mr. Jones had failed to notify the U.S. Probation Officer he had been terminated from his employment. As a corrective measure, Mr. Jones agreed to participate the random drug testing program as well as substance abuse outpatient treatment. At the time, the Court chose to take no action.

On June 29, 2009, Mr. Cedric Jones reported to the U.S. Probation Office to discuss various alleged violations of his term of supervised release. As such, during this office visit, he admitted he had failed to notify the U.S. Probation Office within 72 hours of being arrested for Assault on June 18, 2009; that he had failed to work regularly at a lawful occupation for the last three months; and that he had failed to attend a scheduled substance abuse evaluation on May 18, 2009.

As apparent by his behavior over the course of the last few months, it appears that Mr. Jones could benefit from a more structure environment. Therefore, it is respectfully recommended the Court modify Mr. Jones term of supervised release to include a placement of up to 180 days in a community corrections center or community sanction center.

Respectfully submitted:                                     Reviewed and approved:

_____                                   _____
Glenn Filla                                                 Joe Heath, Supervising
U.S. Probation Officer                                      U.S. Probation Officer
903-566-9790, ext. #228                                     903-566-9790, ext. #231

Date: June 29, 2009

---

**THE COURT ORDERS:**

[ ] No Action
[✓] The Modification of Conditions as Noted Above
[ ] Other

_____                                   7/09/09
T. John Ward                                                Date
U.S. District Judge

PROB 49

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF TEXAS

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

United States of America

v.  Criminal No. 2:03CR00019-002

Cedric Jones

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The offender shall reside in and participate in the community corrections component of a Community Corrections Center or Community Sanction Center, as instructed, for a period of up to 180 days from admission. The offender shall abide by all the rules and regulations of the center and will be required to pay subsistence to the Community Corrections Center or Community Sanction Center, participate in substance abuse counseling and random drug testing.**

Witness: _____  Signed: _____
           U.S. Probation Officer                                 Cedric Jones

Date: June 29, 2009